**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CHAD R. BALDWIN,

        Plaintiff,

v.                                                                Case No. 6:16-cv-648-Orl-37TBS

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

This cause is before the Court on Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement (Doc. 7), filed May 9, 2016.

In the instant action, Plaintiff alleges misconduct on the part of the Internal Revenue Service. (Doc. 7, p. 3.)  In his Certificate of Interested Persons and Corporate Disclosure Statement, Plaintiff listed U.S. President Barack Obama and the Obama Administration as interested parties. (*Id.* at 1.) Additionally, Plaintiff certifies that he is aware of a conflict of interest with the Undersigned on the ground that he "has just cause to believe the Defendant and the Barack Obama Administration have ***intentionally*** sat [sic] [the Undersigned] to preside in this matter to protect their interests," in light of the Undersigned's political registration and appointment by President Obama. (*Id.* at 2.) Consequently, Plaintiff requests that "a new judge be appointed in this matter who is a registered Republican and not one appointed by Barack Obama" ("**Request**"). (*Id.* at 3.) Upon consideration, the Court finds that Plaintiff's Request—which the Court construes as a request for recusal—is due to be denied.

Pursuant to 28 U.S.C. § 455, a judge "shall disqualify himself in a proceeding in

which his impartiality might be reasonably questioned" or where he has personal bias concerning a party. Plaintiff has failed to demonstrate any personal bias on the part of the Undersigned concerning any party. Moreover, the Court finds that an objective, disinterested observer would not entertain significant doubt about the Undersigned's impartiality. *See United States v. Chandler*, 996 F.2d 1073, 1104 (11th Cir. 1993). As such, the Court denies Plaintiff's request for recusal.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 10, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record